IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MIRANDA-LIZARDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-279-WKW |
| | ) | [WO] |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 15, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the court's orders.

A final judgment will be entered separately.

DONE this 12th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE